Diane MILNE and William J. Milne,
as parents and natural guardians of
Jeff Milne, a minor, Petitioners,

v.

Lawrence S. CROSSETT, M.D., and Shriners Hospital For Crippled Children,
Philadelphia Unit, Respondents.

Supreme Court of Pennsylvania.

Dec. 2, 1998.

## ORDER

PER CURIAM:

**AND NOW**, this 2nd day of December 1998, the Application for Relief to Enforce the Supreme Court's Judgment is DENIED.